UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:98-cr-00065-JAW |
| | ) | |
| ROBERT SEGER | ) | |

**ORDER ON EXPEDITED HANDLING**

On October 8, 2014, the First Circuit Court of Appeals ordered this Court to expedite the handling of Robert Seger's anticipated motion for early termination pursuant to 18 U.S.C. § 3583(e)(1) and to act on the motion with all deliberate speed. *Order of Court* (ECF No. 36). The Court of Appeals retained appellate jurisdiction and ordered the parties to file a joint status report within thirty days of October 8, 2014 or at such sooner time as this Court has acted on the anticipated motion. *Id.*

In view of the order for expedited handling, this Court ORDERS that the Defendant Robert Seger file a motion for early termination pursuant to 18 U.S.C. § 3583(e)(1) no later than seven days from the date of this Order with a memorandum and any exhibits that he contends justify such relief. In addition, the Court ORDERS the United States of America to file no later than seven days from the date of this Order a memorandum and any exhibits that it contends justify its position that Mr. Seger satisfies the two prongs of 18 U.S.C. § 3583(e)(1). The Court further ORDERS that the United States Probation Office provide this Court with its review of the request and its recommendation as soon as possible following the parties' filings.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 9th day of October, 2014